UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                        Case No. 07-CR-57

THOMAS C. BALSIGER,
JAMES CURREY,

    Defendants.

---

ORDER AFFIRMING MAGISTRATE JUDGE DECISION ON BILLS OF PARTICULARS AND DENYING MOTIONS TO DISMISS

The court has reviewed the motions of the defendants and the decision and recommendation of Magistrate Judge Patricia J. Gorence and the matter has been decided. Therefore,

IT IS ORDERED that as to Magistrate Judge Gorence's denial of three motions for bills of particulars (Docs. 567, 570, 571), the decision of the magistrate judge (Doc. 594) is affirmed.

IT IS FURTHER ORDERED that as to these defendants' motions to dismiss the indictment for violations of the Fifth and Sixth Amendments (Docs. 568, 569), the recommendation of the magistrate judge (Doc. 594) is adopted and those motions are denied. A more detailed decision will follow.

Dated at Milwaukee, Wisconsin, this 3rd day of August, 2015.

                                                              BY THE COURT

                                                              /s/ C.N. Clevert, Jr.
                                                             C.N. CLEVERT, JR.
                                                             U.S. DISTRICT JUDGE