UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

DEC 5 2016

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 07-CR-57

THOMAS C. BALSIGER,

    Defendant.

## VERDICTS

| | | |
|---|---|---|
| Count 1: | Guilty ___ | Not Guilty X |
| Count 2: | Guilty ___ | Not Guilty X |
| Count 3: | Guilty ___ | Not Guilty X |
| Count 4: | Guilty ___ | Not Guilty X |
| Count 5: | Guilty ___ | Not Guilty X |
| Count 6: | Guilty ___ | Not Guilty X |
| Count 7: | Guilty ___ | Not Guilty X |
| Count 8: | Guilty ___ | Not Guilty X |
| Count 9: | Guilty ___ | Not Guilty X |
| Count 10: | Guilty ___ | Not Guilty X |
| Count 11: | Guilty ___ | Not Guilty X |
| Count 12: | Guilty ___ | Not Guilty X |
| Count 13: | Guilty ___ | Not Guilty X |
| Count 14: | Guilty ___ | Not Guilty X |

Count 15:        Guilty ___    Not Guilty _X_

Count 16:        Guilty _X_    Not Guilty ___

Count 17:        Guilty _X_    Not Guilty ___

Count 18:        Guilty _X_    Not Guilty ___

Count 19:        Guilty _X_    Not Guilty ___

Count 20:        Guilty _X_    Not Guilty ___

Count 21:        Guilty _X_    Not Guilty ___

Count 22:        Guilty _X_    Not Guilty ___

Count 23:        Guilty _X_    Not Guilty ___

Count 24:        Guilty _X_    Not Guilty ___

Count 25:        Guilty _X_    Not Guilty ___

Count 26:        Guilty _X_    Not Guilty ___

Count 27:        Guilty _X_    Not Guilty ___

Dated at Milwaukee, Wisconsin, this 5th day of December, 2016.

BY THE COURT

_____
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE