UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 4/8/19
Dep. Clerk: SD
Ct. Rep: Fisch
Case No. 07 CR 57
Time Called: 11:30
United States v. Thomas Balsiger
Time Concl: 11:34
Proceeding: Status

United States by: R. Frohling, K. Watzka, S. Ingraham, Z. Corey
Probation Officer:
Interpreter: ☐ Sworn

Defendant: T. Balsiger — by phone ~~in person~~ and by Attorney J. Leeper by phone

Court grants Atty Leeper's motion to withdraw.

Court grants government request to vacate/dismiss forfeiture.